| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    ERIK G. PARKER |

**Order Filed on June 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  26-13315**

**Hearing Date:  06/18/2026**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 22, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  ERIK G. PARKER

Case No.:  26-13315VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/18/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/18/2026 of the plan filed on 03/26/2026, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 07/02/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.