**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

IN RE:                                                Case No. 26-13315-VFP
                                                      Chapter 13
Erik G. Parker

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Rocket Mortgage LLC s/b/m Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:     /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 009221995
        Stern & Eisenberg, PC
        1581 Main Street, Ste. 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: 215-572-8111
        Fax: 215-572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 21st day of July, 2026, to the following:

Russell L. Low
Low & Low
505 Main St.
Suite 304
Hackensack, NJ 07601
ecf@lowbankruptcy.com
***Attorney for Debtor(s)***

Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550
mag@magtrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Erik G. Parker
125 Waldo Avenue
Bloomfield, NJ 07003

***Debtor(s)***

By:        /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire